|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Tamika N. Wyche, Esquire**<br>**Law Office of David Paul Daniels**<br>**3300 Federal Street**<br>**Camden, New Jersey 08105**<br>**(856) 338-0411**<br>**TW 006502006** |
| In Re: RICKY M. MYERS<br>         LUCRETIA MYERS |

Order Filed on October 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:18-14053-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 16, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: RICKY M. MYERS AND LUCRETIA MYERS

Case No: 18-14053-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

    Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

    Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__       through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

    The debtor's monthly plan is modified to a payment of $674.00 per month for the remaining 53 months to allow for payment of the aforesaid fee, beginning, November 1, 2018.