UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**Law Office of David Paul Daniels**
**3300 Federal Street**
**Camden, New Jersey 08105**
**(856) 338-0411**
**TW 006502006**

Order Filed on October 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: RICKY M. MYERS
       LUCRETIA MYERS

Case No.:18-14053-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 16, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: RICKY M. MYERS AND LUCRETIA MYERS

Case No: 18-14053-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__	through the Chapter 13 Plan as an administrative priority.

_____	outside the plan.

The debtor's monthly plan is modified to a payment of $674.00 per month for the remaining 53 months to allow for payment of the aforesaid fee, beginning, November 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Ricky M. Myers  
Lucretia Myers  
       Debtors

Case No. 18-14053-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db/jdb        Ricky M. Myers,    Lucretia Myers,    520 Martinelli Ave,    Minotola, NJ    08341-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    Finance of America NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Melissa S DiCerbo    on behalf of Creditor    Finance of America nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
         Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
         Tamika N. Wyche    on behalf of Joint Debtor Lucretia    Myers daviddanielslaw@gmail.com,
         G30609@notify.cincompass.com
         Tamika N. Wyche    on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com,
         G30609@notify.cincompass.com
         Tamika Nicole Wyche    on behalf of Debtor Ricky M. Myers dpdlawyer@comcast.net,
         G30609@notify.cincompass.com
         Tamika Nicole Wyche    on behalf of Joint Debtor Lucretia    Myers dpdlawyer@comcast.net,
         G30609@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                           TOTAL: 11