Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–14053–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricky M. Myers
520 Martinelli Ave
Minotola, NJ 08341–1210

Lucretia Myers
aka Lucretia Jones
520 Martinelli Ave
Minotola, NJ 08341–1210

Social Security No.:
  xxx–xx–1236              xxx–xx–4595

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         August 16, 2019
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*52* – Certification In Objection to (related document:51 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/16/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Lucretia Myers, Ricky M. Myers. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: July 12, 2019
JAN: lgr

Jeanne Naughton
Clerk