Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−14053−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ricky M. Myers                                  Lucretia Myers
520 Martinelli Ave                              aka Lucretia Jones
Minotola, NJ 08341−1210                         520 Martinelli Ave
                                                Minotola, NJ 08341−1210

Social Security No.:
   xxx−xx−1236                                   xxx−xx−4595

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           August 16, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*52* − Certification In Objection to (related document:51 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/16/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Lucretia Myers, Ricky M. Myers. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: July 12, 2019
JAN: lgr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ricky M. Myers  
Lucretia Myers  
    Debtors

Case No. 18-14053-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 12, 2019  
                         Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.  
db/jdb         Ricky M. Myers,    Lucretia Myers,    520 Martinelli Ave,    Minotola, NJ   08341-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:

         Alexandra T. Garcia     on behalf of Creditor    Finance of America NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Melissa S DiCerbo     on behalf of Creditor    Finance of America nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Robert J. Malloy     on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com  
         Tamika N. Wyche     on behalf of Joint Debtor Lucretia   Myers daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         Tamika N. Wyche     on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         Tamika Nicole Wyche     on behalf of Debtor Ricky M. Myers dpdlawyer@comcast.net, G30609@notify.cincompass.com  
         Tamika Nicole Wyche     on behalf of Joint Debtor Lucretia   Myers dpdlawyer@comcast.net, G30609@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 11