Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−14053−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricky M. Myers
520 Martinelli Ave
Minotola, NJ 08341−1210

Lucretia Myers
aka Lucretia Jones
520 Martinelli Ave
Minotola, NJ 08341−1210

Social Security No.:
xxx−xx−1236                                 xxx−xx−4595

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2018.

On 7/8/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: August 19, 2020
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 9, 2020
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14053-JNP
Ricky M. Myers                                                          Chapter 13
Lucretia Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 3           Date Rcvd: Jul 09, 2020
                              Form ID: 185              Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
```
db/jdb          Ricky M. Myers,    Lucretia Myers,    520 Martinelli Ave,    Minotola, NJ  08341-1210
aty             James M. Bennett,    Attorney General of NJ,    R.J. Hughes Justice Complex,    PO Box 119,
                 Trenton, NJ  08625-0119
cr             +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517363255      +ABC Distributing, LLC,    2800 Lakeside Drive,    Bannockbum, IL 60015-1246
517363264       ASG,    PO Box 628,    Buffalo, NY  14240-0628
517363265       AT&T Mobilit,    PO Box 537104,    Atlanta, GA  30353-7104
517363258       Account Solutions Froup, LLC,    PO Box 628,    Buffalo, NY  14240-0628
517363259       Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH  44333-8203
517363260       Alliance Radiology,    PO Box 5075,    Cherry Hill, NJ  08034-5075
517363261       Allied Interstate, Inc.,    PO Box 361285,    Columbus, OH  43236-1285
517363266       Atlantic County Special Civil,    5901 Main St,    Mays Landing, NJ  08330-1701
517363267       Bako Pathology Services,    PO Box 740209,    Atlanta, GA  30374-0209
517363268       Beuna Borough Tax Collector,    616 Central Ave,    Minotola, NJ  08341-1008
517363269       Borough of Buena Mun. Util. Authority,    PO Box 696,    Minotola, NJ  08341-0696
517363270       Buena Municipal Utilities,    616 Central Ave,    Minotola, NJ  08341-1008
517363272       CBNA/Bailey Bank,    PO Box 6282,    Sioux Falls, SD  57117-6282
517363273       CBNA/THD,    PO Box 6497,    Sioux Falls, SD  57117-6497
517363275      +Connecticut General Life Insurance,    21 Magnolia Lane,    Toms River, NJ 08753-7550
517521549      +Finance of America,    c/o LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517363279       Finance of America,    300 Welsh Rd Bldg 5,    Horsham, PA  19044-2250
517363281      +Husdon & Felzer, PC,    900 Route 168 Ste C-2,    Turnersville, NJ 08012-3206
517363282       Inspire Health Network,    PO Box 48274,    Newark, NJ  07101-8474
517363285       J.A. Cambece Law Office, PC,    8 Bourbon St,    Peabody, MA  01960-7481
517363287       Loancare,    PO Box 8068,    Virginia Beach, VA  23450-8068
517363289       MCI Residential Services,    PO Box 105271,    Atlanta, GA  30348-5271
518603734    ++++MIDFIRST BANK,    GROSS POLOWY, LLC,    2500 PLAZA FIVE STE 2548,    JERSEY CITY NJ  07311-4026
                (address filed with court: MidFirst Bank,    Gross Polowy, LLC,    2500 Plaza 5, Suite 2548,
                 Jersey City, NJ 07311)
517363293       MPMA, Inc. Collections,    PO Box 298,    Millville, NJ  08332-0298
517363288       Mariner Fianance, LLC,    3650 E Landis Ave,    Vineland, NJ  08361-3046
517488509      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517363290       Meridan Bank,    PO Box 23356,    Pittsburgh, PA  15222-6356
517363291       Michael Harrison, Esquire,    3155 State Route 10 Ste 214,    Denville, NJ  07834-3430
517780935      +MidFirst Bank,    Bankruptcy Payments,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517780936      +MidFirst Bank,    Bankruptcy Payments,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Payments 73118-6051
517363292      +Mitsubishi Motors,    516 Heron Drive,    Swedesboro, NJ 08085-1740
517363295       NJ Division of Unemployment & Disab,    PO Box 951,    Trenton, NJ  08625-0951
517363297      +OSI Collections Services, Inc.,    5022 Gate Parkway,    Suite 204,    Jacksonville, FL 32256-7088
517363296      +Ophthalmic Associates, PA,    2835 S Delsea Dr,    Vineland, NJ 08360-7089
517363298       Park Dansan,    113 W 3rd Ave,    Gastonia, NC  28052-4320
517363299       Phillip S Van Emben, PC,    PO Box 863,    Millville, NJ  08332-0863
517363300       Phoenix Tocicology.Lab Services,    PO Box 844679,    Los Angeles, CA  90084-4679
517363302       Primary Car of Vineland,    1138 E Chestnut Ave Ste 8A,    Vineland, NJ  08360-5053
517363303       Quest Diagnostics,    PO Box 7306,    Hollister, MO  65673-7306
517363304       Rahul Shah, MD,    PO Box 2430,    Vineland, NJ  08362-2430
517363305       Regional Women’s Health Group, LLC,    PO Box 536,    Voorhees, NJ  08043-0536
517363306      +Rosenthal, Morgan, & Thomas, Inc.,    12747 Olive Blvd Ste 275,    Saint Louis, MO 63141-6278
517363312     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ  08646-0245
                (address filed with court: State of New Jersey,    Divison of Taxtion Bk Dept.,    PO Box 245,
                 Trenton, NJ  08646-0245)
517363307       Satte of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ  08695-0245
517363309       South Jersey Gas,    PO Box 6000,    Hammonton, NJ  08037-6000
517363311       South Jersey HS Emeg Phys SV, PA,    3585 Ridge Park Dr,    Akron, OH  44333-8203
517363310       South Jersey Healthcare,    333 Irving Ave,    Bridgeton, NJ  08302-2123
517363313       Stern & Eisenberg, PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ  08034-1925
517363319     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL  60197-5855)
517363316       The CBSD,    PO Box 6497,    Sioux Falls, SD  57117-6497
517363317       The Gastroenterology Group of SJ,    602 W Sherman Ave,    Vineland, NJ  08360-7054
517363318       The Home Depo,    PO Box 9001010,    Louisville, KY  40290-1010
517406521       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517363321       Trenton Court House,    25 Market St,    Trenton, NJ  08611-2148
517363322      +Union Labor Life Insurance Co.,    1100 1st Avenue,    King of Prussia, PA 19406-1327
517363325       Virtua Health,    PO Box 6028,    Bellmawr, NJ  08099-6028
```

```
District/off: 0312-1          User: admin                Page 2 of 3                  Date Rcvd: Jul 09, 2020
                              Form ID: 185               Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ  07102-5235
517363262        E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2020 23:30:31      Ally Financial,
                   PO Box 380901,    Bloomington, MN  55438-0901
517363263        E-mail/Text: bkrpt@retrievalmasters.com Jul 09 2020 23:31:25
                   American Medical Collection Agency,    PO Box 1235,    Elmsford, NY  10523-0935
517363271        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 23:37:52       Capital One/Boscovs,
                   PO Box 30281,    Salt Lake City, UT  84130-0281
517363274        E-mail/Text: documentfiling@lciinc.com Jul 09 2020 23:30:28      Comcast Cable,   PO Box 3006,
                   Southeastern, PA  19398-3006
517363276        E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2020 23:38:29       Credit One Bank,
                   PO Box 98873,    Las Vegas, NV  89193-8873
517363277        E-mail/Text: G06041@att.com Jul 09 2020 23:31:41      Directv,   PO Box 5007,
                   Carol Stream, IL  60197-5007
517363280        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 09 2020 23:30:29
                   Gateway One Lending & Finance,     160 N Riverview Dr Ste 100,    Anaheim, CA  92808-2293
517363284        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 23:30:50      IRS,    PO Box 7346,
                   Philadelphia, PA  19101-7346
517363286        E-mail/Text: JPF-EBN@jpfryelaw.com Jul 09 2020 23:30:28      John P. Frye Law Office,
                   PO Box 13665,    Roanoke, VA  24036-3665
517512903        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 23:37:28
                   LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517514071        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 23:37:44       MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517453287       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 23:31:25      MIDLAND FUNDING LLC,
                   PO Box 2011,    Warren, MI 48090-2011
517363294        E-mail/Text: egssupportservices@alorica.com Jul 09 2020 23:31:33       NCO Financial Systems Inc.,
                   507 Prudential Rd,    Horsham, PA  19044-2308
517363301        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 23:37:57
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA  23541-1067
517466516        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 23:38:28
                   Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,    POB 41067,   Norfolk VA 23541
517466514        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 23:37:22
                   Portfolio Recovery Associates, LLC,    c/o Zales,    POB 41067,    Norfolk VA 23541
517363314        E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:38:17       SYNCB/American Signature,
                   950 Forrer Blvd,    Kettering, OH  45420-1469
517363315        E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:38:17       SYNCHRONY Bank/Lowes,
                   PO Box 965005,    Orlando, FL  32896-5005
517363308        E-mail/Text: courts@southjerseyfcu.com Jul 09 2020 23:31:26       South Jersey FCU,   PO Box 5530,
                   Deptford, NJ  08096-0530
517366256       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:38:15       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517363320        E-mail/Text: bankruptcydepartment@tsico.com Jul 09 2020 23:31:47       Transworld Systems, Inc.,
                   PO Box 15618,    Wilmington, DE  19850-5618
517483480       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 23:37:29       Verizon,
                   by American InfoSource LP as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517363323        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2020 23:30:24
                   Verizon New Jersey,    600 Technology Dr,    Saint Charles, MO  63304-2238
517363324       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2020 23:30:24
                   Verizon Wireles,    Bankruptcy Administration,     500 Technology Drive,    Suite 550,
                   Weldon Spring, MO 63304-2225
517363326        E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:11       Walmart Synchony Bank,
                   PO Box 530927,    Atlanta, GA  30353-0927
517363327        E-mail/Text: RMOpsSupport@alorica.com Jul 09 2020 23:31:32       West Asset Management, Inc,
                   PO Box 2548,    Sherman, TX  75091-2548
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517363283*        IRS,   PO Box 931000,    Louisville, KY  40293-1000
517521810*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
517363256       ##ACB Receivables Management,    PO Box 350,    Asbury Park, NJ  07712-0350
517363257       ##Account Receivable Management,    PO Box 129,    Thorofare, NJ  08086-0129
517363278      ##+EMA Recovery Services, Inc.,    PO Box 3142,    Secaucus, NJ 07096-3142
                                                                                               TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 3 of 3                Date Rcvd: Jul 09, 2020
                              Form ID: 185             Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:

```
              Alexandra T. Garcia    on behalf of Creditor    Finance of America NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
              Julie  Cascino    on behalf of Creditor    MidFirst Bank jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    MidFirst Bank ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Melissa S DiCerbo    on behalf of Creditor    Finance of America nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Tamika N. Wyche    on behalf of Joint Debtor Lucretia  Myers daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika N. Wyche    on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Joint Debtor Lucretia  Myers dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Debtor Ricky M. Myers dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```