Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–14053–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ricky M. Myers | Lucretia Myers |
| 520 Martinelli Ave | aka Lucretia Jones |
| Minotola, NJ 08341–1210 | 520 Martinelli Ave |
| | Minotola, NJ 08341–1210 |

Social Security No.:
  xxx–xx–1236

  xxx–xx–4595

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 31, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 75 – 64
Order Resolving Motion For Relief From Stay re: 520 Martinelli Avenue, Minotola, NJ 08341 (Related Doc # 64). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/31/2020. (Romero, Priscilla)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 31, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                      Case No. 18-14053-JNP
Ricky M. Myers                                              Chapter 13
Lucretia Myers
        Debtors
```

<h2>CERTIFICATE OF NOTICE</h2>

```
District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Aug 31, 2020
                           Form ID: orderntc    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
```
db/jdb          Ricky M. Myers,   Lucretia Myers,   520 Martinelli Ave,   Minotola, NJ  08341-1210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                    TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                     Signature:  /s/Joseph Speetjens

---

<h2>CM/ECF NOTICE OF ELECTRONIC FILING</h2>

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
```
        Alexandra T. Garcia    on behalf of Creditor    Finance of America NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
        Julie  Cascino    on behalf of Creditor    MidFirst Bank jcascino@grosspolowy.com,
         ecfnotices@grosspolowy.com
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lynn Therese Nolan    on behalf of Creditor    MidFirst Bank ecfnotices@grosspolowy.com,
         lnolan@grosspolowy.com
        Melissa S DiCerbo    on behalf of Creditor    Finance of America nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Tamika Nicole Wyche    on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com,
         G30609@notify.cincompass.com
        Tamika Nicole Wyche    on behalf of Joint Debtor Lucretia  Myers daviddanielslaw@gmail.com,
         G30609@notify.cincompass.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 11
```