UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**Law Office of David Paul Daniels**
**2985 Yorkship Square, Suite 1A**
**Camden, New Jersey 08104**
**(856) 338-0411**
**TW 006502006**

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: RICKY M. MYERS
       LUCRETIA MYERS

Case No.: 18-14053-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 17, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: RICKY M. MYERS AND LUCRETIA MYERS

Case No: 18-14053-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

　__X__　　　through the Chapter 13 Plan as an administrative priority.

　_____　　　outside the plan.

The debtor's monthly plan is modified to a payment of $444.00 per month for the remaining 27 months to allow for payment of the aforesaid fee, beginning, January 1, 2021.