UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire
Law Office of David Paul Daniels
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006**

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: RICKY M. MYERS
LUCRETIA MYERS

Case No.:18-14053-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: December 17, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: RICKY M. MYERS AND LUCRETIA MYERS

Case No: 18-14053-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__     through the Chapter 13 Plan as an administrative priority.

_____     outside the plan.

The debtor's monthly plan is modified to a payment of $444.00 per month for the remaining 27 months to allow for payment of the aforesaid fee, beginning, January 1, 2021.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-14053-JNP

Ricky M. Myers  Chapter 13

Lucretia Myers

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2

Date Rcvd: Dec 17, 2020  Form ID: pdf903  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     Ricky M. Myers, Lucretia Myers, 520 Martinelli Ave, Minotola, NJ 08341-1210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Julie Cascino | on behalf of Creditor MidFirst Bank jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 1

Melissa S DiCerbo
       on behalf of Creditor Finance of America nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Tamika Nicole Wyche
       on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com G30609@notify.cincompass.com

Tamika Nicole Wyche
       on behalf of Joint Debtor Lucretia Myers daviddanielslaw@gmail.com G30609@notify.cincompass.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11