```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502066
```

Order Filed on February 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LUCRETIA MYERS

Case No.: 18-14053

Adv. No.:

Hearing Date: February 21, 2023

Judge: JERROLD N. POSLUSNY

ORDER APPROVING PARTIAL CLAIMS MORTGAGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 2, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: LUCRETIA MYERS

Case No: 18-14053 JNP

Caption of Order: ORDER APPROVING PARTIAL CLAIMS MORTGAGE

_____

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, on Motion to Approve Partial Claims Modify Mortgage; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

    IT IS ORDERED that the Court authorizes secured creditor and debtor to enter into a partial claims mortgage.