```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
───────────────────────────────────────
Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502066
```

**Order Filed on February 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-14053 |
|---|---|
| LUCRETIA MYERS | Adv. No.: |
| | Hearing Date: February 21, 2023 |
| | Judge: JERROLD N. POSLUSNY |

ORDER APPROVING PARTIAL CLAIMS MORTGAGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: February 2, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: LUCRETIA MYERS

Case No: 18-14053 JNP

Caption of Order: ORDER APPROVING PARTIAL CLAIMS MORTGAGE

--------------------------------------------------------------------------------

   THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, on Motion to Approve Partial Claims Modify Mortgage; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

   IT IS ORDERED that the Court authorizes secured creditor and debtor to enter into a partial claims mortgage.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-14053-JNP
Ricky M. Myers  Chapter 13
Lucretia Myers
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ricky M. Myers, Lucretia Myers, 520 Martinelli Ave, Minotola, NJ 08341-1210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Julie Cascino | on behalf of Creditor MidFirst Bank jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 02, 2023 | Form ID: pdf903 | Total Noticed: 1

Melissa S DiCerbo
       on behalf of Creditor Finance of America nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Tamika Nicole Wyche
       on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

Tamika Nicole Wyche
       on behalf of Joint Debtor Lucretia Myers daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11