**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ricky M. Myers<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1236<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lucretia Myers<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4595<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   18–14053–JNP

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricky M. Myers

Lucretia Myers
aka Lucretia Jones

6/7/23

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-14053-JNP
Ricky M. Myers                                                                                          Chapter 13
Lucretia Myers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                  Page 1 of 4
Date Rcvd: Jun 07, 2023            Form ID: 3180W               Total Noticed: 86

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ricky M. Myers, Lucretia Myers, 520 Martinelli Ave, Minotola, NJ 08341-1210 |
| aty | | James M. Bennett, Attorney General of NJ, R.J. Hughes Justice Complex, PO Box 119, Trenton, NJ 08625-0119 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517363255 | + | ABC Distributing, LLC, 2800 Lakeside Drive, Bannockbum, IL 60015-1246 |
| 517363256 | +++ | ACB Receivables Management, 19 Main Street, Asbury Park, NJ 07712-7012 |
| 517363265 | | AT&T Mobilit, PO Box 537104, Atlanta, GA 30353-7104 |
| 517363257 | | Account Receivable Management, PO Box 129, Thorofare, NJ 08086-0129 |
| 517363260 | | Alliance Radiology, PO Box 5075, Cherry Hill, NJ 08034-5075 |
| 517363261 | | Allied Interstate, Inc., PO Box 361285, Columbus, OH 43236-1285 |
| 517363266 | | Atlantic County Special Civil, 5901 Main St, Mays Landing, NJ 08330-1701 |
| 517363267 | | Bako Pathology Services, PO Box 740209, Atlanta, GA 30374-0209 |
| 517363268 | | Beuna Borough Tax Collector, 616 Central Ave, Minotola, NJ 08341-1008 |
| 517363269 | | Borough of Buena Mun. Util. Authority, PO Box 696, Minotola, NJ 08341-0696 |
| 517363270 | | Buena Municipal Utilities, 616 Central Ave, Minotola, NJ 08341-1008 |
| 517363272 | | CBNA/Bailey Bank, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517363275 | + | Connecticut General Life Insurance, 21 Magnolia Lane, Toms River, NJ 08753-7550 |
| 517363278 | +++ | EMA Recovery Services, Inc., P.O. Box 60622, City of Industry, CA 11716-3022 |
| 517363280 | | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |
| 517363281 | + | Husdon & Felzer, PC, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 517363282 | | Inspire Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 517363286 | | John P. Frye Law Office, PO Box 13665, Roanoke, VA 24036-3665 |
| 517363289 | | MCI Residential Services, PO Box 105271, Atlanta, GA 30348-5271 |
| 518603734 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311-4026 address filed with court:, MidFirst Bank, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517363293 | | MPMA, Inc. Collections, PO Box 298, Millville, NJ 08332-0298 |
| 517363288 | | Mariner Fianance, LLC, 3650 E Landis Ave, Vineland, NJ 08361-3046 |
| 517363290 | | Meridan Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 517363291 | | Michael Harrison, Esquire, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 517363292 | + | Mitsubishi Motors, 516 Heron Drive, Swedesboro, NJ 08085-1740 |
| 517363295 | | NJ Division of Unemployment & Disab, PO Box 951, Trenton, NJ 08625-0951 |
| 517363297 | + | OSI Collections Services, Inc., 5022 Gate Parkway, Suite 204, Jacksonville, FL 32256-7088 |
| 517363296 | + | Ophthalmic Associates, PA, 2835 S Delsea Dr, Vineland, NJ 08360-7089 |
| 517363298 | | Park Dansan, 113 W 3rd Ave, Gastonia, NC 28052-4320 |
| 517363299 | | Phillip S Van Emben, PC, PO Box 863, Millville, NJ 08332-0863 |
| 517363300 | | Phoenix Tocicology.Lab Services, PO Box 844679, Los Angeles, CA 90084-4679 |
| 517363302 | | Primary Car of Vineland, 1138 E Chestnut Ave Ste 8A, Vineland, NJ 08360-5053 |
| 517363304 | | Rahul Shah, MD, PO Box 2430, Vineland, NJ 08362-2430 |
| 517363305 | | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |

| Recip ID | | Recipient |
|---|---|---|
| 517363307 | | Satte of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517363309 | | South Jersey Gas, PO Box 6000, Hammonton, NJ 08037-6000 |
| 517363311 | | South Jersey HS Emeg Phys SV, PA, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 517363310 | | South Jersey Healthcare, 333 Irving Ave, Bridgeton, NJ 08302-2123 |
| 517363312 | | State of New Jersey, Divison of Taxtion Bk Dept., PO Box 245, Trenton, NJ 08646-0245 |
| 517363316 | | The CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517363321 | | Trenton Court House, 25 Market St, Trenton, NJ 08611-2148 |
| 517363322 | + | Union Labor Life Insurance Co., 1100 1st Avenue, King of Prussia, PA 19406-1327 |
| 517363325 | | Virtua Health, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517363259 | | Email/Text: akron_patient_services@teamhealth.com | Jun 07 2023 20:50:00 | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 517363264 | | Email/Text: crdept@na.firstsource.com | Jun 07 2023 20:51:00 | ASG, PO Box 628, Buffalo, NY 14240-0628 |
| 517363258 | | Email/Text: crdept@na.firstsource.com | Jun 07 2023 20:51:00 | Account Solutions Froup, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 517363262 | | EDI: GMACFS.COM | Jun 08 2023 00:37:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 517363263 | | Email/Text: bkrpt@retrievalmasters.com | Jun 07 2023 20:51:00 | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 517363273 | | EDI: CITICORP.COM | Jun 08 2023 00:37:00 | CBNA/THD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517363271 | | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One/Boscovs, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517363274 | | EDI: COMCASTCBLCENT | Jun 08 2023 00:37:00 | Comcast Cable, PO Box 3006, Southeastern, PA 19398-3006 |
| 517363276 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2023 20:58:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517363277 | | EDI: DIRECTV.COM | Jun 08 2023 00:37:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 517521549 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 07 2023 20:51:00 | Finance of America, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517363284 | | EDI: IRS.COM | Jun 08 2023 00:37:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517512903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 21:09:18 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517363287 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 07 2023 20:51:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517514071 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 07 2023 20:57:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517453287 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2023 20:51:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517488509 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 07 2023 20:51:00 | Mariner Finance, LLC, 8211 Town Center Drive, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 517780936 | + EDI: AISMIDFIRST | | Jun 08 2023 00:37:00 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Payments 73118-6051 |
| 519885560 | + EDI: AISMIDFIRST | | Jun 08 2023 00:37:00 | MidFirst Bank, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 517780935 | + EDI: AISMIDFIRST | | Jun 08 2023 00:37:00 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517363294 | Email/Text: egssupportservices@alorica.com | | Jun 07 2023 20:51:00 | NCO Financial Systems Inc., 507 Prudential Rd, Horsham, PA 19044-2308 |
| 517363301 | EDI: PRA.COM | | Jun 08 2023 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 517466516 | EDI: PRA.COM | | Jun 08 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 517466514 | EDI: PRA.COM | | Jun 08 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 517363303 | Email/Text: BankruptcyMail@questdiagnostics.com | | Jun 07 2023 20:51:00 | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 517363314 | EDI: RMSC.COM | | Jun 08 2023 00:37:00 | SYNCB/American Signature, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517363315 | EDI: RMSC.COM | | Jun 08 2023 00:37:00 | SYNCHRONY Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517363308 | Email/Text: courts@southjerseyfcu.com | | Jun 07 2023 20:51:00 | South Jersey FCU, PO Box 5530, Deptford, NJ 08096-0530 |
| 517366256 | + EDI: RMSC.COM | | Jun 08 2023 00:37:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517363319 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Jun 07 2023 20:51:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517363318 | EDI: CITICORP.COM | | Jun 08 2023 00:37:00 | The Home Depo, PO Box 9001010, Louisville, KY 40290-1010 |
| 517406521 | Email/PDF: bncnotices@becket-lee.com | | Jun 07 2023 21:09:23 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517363320 | Email/Text: bankruptcydepartment@tsico.com | | Jun 07 2023 20:51:00 | Transworld Systems, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 517483480 | + EDI: AIS.COM | | Jun 08 2023 00:37:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517363323 | EDI: VERIZONCOMB.COM | | Jun 08 2023 00:37:00 | Verizon New Jersey, 600 Technology Dr, Saint Charles, MO 63304-2238 |
| 517363324 | + EDI: VERIZONCOMB.COM | | Jun 08 2023 00:37:00 | Verizon Wireles, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 517363326 | EDI: RMSC.COM | | Jun 08 2023 00:37:00 | Walmart Synchony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517363327 | Email/Text: RMOpsSupport@alorica.com | | Jun 07 2023 20:51:00 | West Asset Management, Inc, PO Box 2548, Sherman, TX 75091-2548 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517363283 | * | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 517521810 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517363279 | ## | Finance of America, 300 Welsh Rd Bldg 5, Horsham, PA 19044-2250 |
| 517363285 | ## | J.A. Cambece Law Office, PC, 8 Bourbon St, Peabody, MA 01960-7481 |
| 517363306 | ##+ | Rosenthal, Morgan, & Thomas, Inc., 12747 Olive Blvd Ste 275, Saint Louis, MO 63141-6278 |
| 517363313 | ## | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 517363317 | ## | The Gastroenterology Group of SJ, 602 W Sherman Ave, Vineland, NJ 08360-7054 |

TOTAL: 0 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Julie Cascino | on behalf of Creditor MidFirst Bank jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Tamika Nicole Wyche | on behalf of Joint Debtor Lucretia Myers daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| Tamika Nicole Wyche | on behalf of Debtor Ricky M. Myers daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11